UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD W. PAINTER AND SUSAN C. PAINTER, TRUSTEES, and HERBERT FRANCL, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM J. DOYLE, DALLAS J. HOWE, CHRISTOPHER M. BURLEY, ELENA VIYELLA DE PALIZA, KEITH G. MARTELL, C. STEVEN HOFFMAN, ALICE D. LABERGE, JEFFREY J. McCAIG, MARY MOGFORD, JOHN W. ESTEY, E. ROBERT STROMBERG, PAUL J. SCHOENHALS and POTASH CORPORATION OF SASKATCHEWAN INC.,<br><br>　　　　　　　Defendants. | Case Number: 10-cv-6389 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Richard W. Painter and Susan C. Painter, trustees, and Herbert Francl, individually, by their attorneys, files this Notice of Dismissal. In support of this Notice, Plaintiffs state:

1.　Plaintiffs filed this case as a putative class action seeking relief on behalf of the shareholders of Potash Corporation of Saskatchewan Inc. ("Potash" or the "Company") against the members of the Company's Board of Directors (the "Board" or the "Individual Defendants") and Potash.

2.　Rule 41 of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss his action without order of Court by filing a Notice of Dismissal at any time before service by the

adverse party of an answer or of a motion for summary judgment, whichever first occurs, subject to the provisions of Rule 23(e), Rule 23.1(c), Rule 23.2, and Rule 66, and of any statute of the United States.

    3.    Defendants have not served an answer or motion for summary judgment.

    4.    Rule 23(e) is not applicable. Rule 23(e) requires court approval of a voluntary dismissal only with respect to a <u>certified</u> class. No class has been certified in this case.

    5.    Rule 23.1(c) does not apply because this case is not a derivative action.

    6.    Rule 23.2 does not apply because this case does not involve an unincorporated association.

    7.    Rule 66 is not applicable. Rule 66 requires a dismissal by court order in an action where a receiver has been appointed. No receiver has been appointed in this case.

    8.    Plaintiffs are not aware of any statute of the United States that requires court approval of their dismissal.

    9.    Neither Plaintiffs nor their counsel has received or been promised anything of value in exchange for this Dismissal.

Accordingly, Plaintiffs, individually <u>only</u>, and not on behalf of a class, dismisses this action with the filing of this Notice of Dismissal.

Dated: November 19, 2010.

        **LASKY & RIFKIND, LTD.**

        By:   /s/ Norman Rifkind
             Norman Rifkind

        Norman Rifkind
        Leigh Lasky
        Amelia S. Newton
        Heidi VonderHeide

350 N. LaSalle Street, Suite 1320
Chicago, IL 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiffs*

ROBBINS GELLER RUDMAN
& DOWD LLP
Darren J. Robbins
Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
David A. Knotts
Eun Jin Lee
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

MURRAY, FRANK & SAILER LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Fax: (212)682-1892

LAW OFFICES OF ALFRED G.
YATES, JR., P.C.
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Fax: (412) 471-1033

*Attorneys for Plaintiffs*

3